# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMANTHA SOHMER and KATHY L. FELLGREN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, OPTUM, INC., and OPTUMRX, INC.,<br><br>Defendants. | Case No. 18-cv-03191(JNE/BRT)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' PARTIAL MOTION TO DISMISS THE CLASS ACTION COMPLAINT** |

This matter came before the Court on April 4, 2019, on Defendants' Partial Motion to Dismiss the Class Action Complaint (Doc. 32).

Based on the arguments of counsel, the parties' motion papers, and the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that Defendants' Partial Motion to Dismiss is **GRANTED** in its entirety. The following counts of the Class Action Complaint are hereby **DISMISSED** with prejudice:

1. Count I, to the extent it targets transactions that occurred before 2016;

2. Count III;

3. Count IV; and

4. Count V.

Let judgment be entered accordingly.

Dated: _____, 2019

_____
Joan N. Ericksen
United States District Judge