# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMANTHA SOHMER and KATHY L. FELLGREN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, OPTUM, INC., and OPTUMRX, INC.,<br><br>Defendants. | Case No. 18-cv-03191 (JNE/BRT)<br><br>**[PROPOSED] ORDER RE: SCHEDULE FOR THE EXCHANGE OF EXPERT REPORTS** |

IT IS HEREBY ORDERED THAT:

The Parties, through their respective counsel, conferred in a telephone conference meeting as required by the Third Amended Pretrial Scheduling Order (Dkt. #101) on May 1, 2020, to discuss their anticipated experts and to meet-and-confer regarding a proposed schedule for the exchange of expert reports. The Parties report as follows:

The Parties anticipate calling the following initial (non-rebuttal) experts:

- Plaintiffs anticipate calling an expert to address Defendants' claims data and what Plaintiffs claim as overcharges.

- Defendants may disclose an industry expert relating to the structure and administration of health plans.

The Parties anticipate calling the following rebuttal experts:

- Defendants anticipate calling up to two expert witnesses to rebut Plaintiffs' expert with respect to damages, claims, and class certification. Defendants

may also disclose one industry-related expert on the structure and administration of health plans as needed to rebut issues raised in Plaintiffs' expert report.

- Plaintiffs may disclose a rebuttal expert or experts as needed to respond or reply to Defendants' experts.

The Parties propose the following schedule:

| Disclosure of initial experts/reports | Monday, September 21, 2020 |
| Disclosure of rebuttal experts/reports | Monday, November 2, 2020 |
| Disclosure of reply experts/reports | Friday, December 18, 2020 |

As to any reply expert reports, the parties agree that such reports are limited to issues raised in any rebuttal report.

**IT IS SO ORDERED**

Date: _____          _____
                                BECKY R. THORSON
                                United States Magistrate Judge