# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Samantha Sohmer, and Kathy L. Fellgren,<br><br>Plaintiffs,<br><br>v.<br><br>UnitedHealth Group, Inc., et al.,<br><br>Defendants. | COURT MINUTES – CIVIL<br>BEFORE:  BECKY R. THORSON<br>U.S. MAGISTRATE JUDGE<br><br>Case No:         18-3191 JNE/BRT<br>Date:              May 20, 2020<br>Time Commenced: 11:00 am<br>Time Concluded:   11:30 am<br>Time in Court:    30 Minutes |

Hearing on: **TELEPHONE STATUS CONFERENCE**

**APPEARANCES:**

    Plaintiffs:   Carey Alexander, Matthew Jasinski, Ron Kilgard, Chris Barrett, Joseph P. Guglielmo, Matthew Gerend

    Defendants:  Michelle S. Grant

**PROCEEDINGS:**

    X   By Telephone

**Other Remarks:**

Telephone status conference held. The next telephone status conference is hereby set for **July 15, 2020, at 2:00 p.m.** Chambers will provide call-in instructions.

*s/ Melissa S. Kruger*
Courtroom Deputy/Judicial Assistant