UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMANTHA SOHMER and KATHY L. FELLGREN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP INC., UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, OPTUM, INC., and OPTUMRX, INC.,<br><br>Defendants. | Court File No. 18-cv-03191-JNE-BRT<br><br>**LOCAL RULE 7.1(F) CERTIFICATE OF COMPLIANCE** |

The undersigned hereby certifies that, pursuant to Local Rule 7.1(f), Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Judgment on the Pleadings with Regard to Defendants' Counterclaim and Affirmative Defense No. 7 contains 3,157 words, as determined through the word count feature of the Microsoft Office Word 2016 word processing software used to prepare the memorandum. The word processing program has been applied specifically to include all text, including headings, footnotes, and quotations. The memorandum was prepared in 13-point font in accordance with the type size limitation of Local Rule 7.1(h).

Dated: June 30, 2020                              Respectfully submitted,

1

*/s/ Amanda M. Williams*
Daniel E. Gustafson (#202241)
Amanda M. Williams (#341691)
David A. Goodwin (#386715)
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
dgoodwin@gustafsongluek.com

Derek W. Loeser
Gretchen S. Obrist (*Pro Hac Vice*)
Matthew Gerend (*Pro Hac Vice*)
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com
mgerend@kellerrohrback.com

Ron Kilgard (*Pro Hac Vice*)
Chanele N. Reyes (*Pro Hac Vice*)
KELLER ROHRBACK, LLP
3101 N. Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
rkilgard@ kellerrohrback.com
creyes@kellerrohrback.com

Robert A. Izard (*Pro Hac Vice*)
Craig A. Raabe (*Pro Hac Vice*)
Christopher M. Barrett (Pro Hac Vice)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

William H. Narwold (*Pro Hac Vice*)
Mathew P. Jasinski (*Pro Hac Vice*)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1681
Facsimile: (860) 882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Erin Green Comite (*Pro Hac Vice*)
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
ecomite@scott-scott.com

| | |
|---|---|
| Joseph P. Guglielmo (*Pro Hac Vice*)<br>Carey Alexander (*Pro Hac Vice*)<br>SCOTT+SCOTT,<br>ATTORNEYS AT LAW, LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223-6444<br>Facsimile: (212) 223-6334<br>jguglielmo@scott-scott.com<br>calexander@scott-scott.com | Ronen Sarraf<br>Joseph Gentile<br>SARRAF GENTILE LLP<br>14 Bond Street, Suite 212<br>Great Neck, NY 11021<br>Telephone: (516) 699-8890<br>Facsimile: (516) 699-8968<br>ronen@sarrafgentile.com<br>joseph@sarrafgentile.com<br><br>Brian C. Gudmundson (#336695)<br>ZIMMERMAN REED LLP<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Telephone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>brian.gudmundson@zimmreed.com<br><br>*Attorneys for Plaintiffs/<br>Counterclaim Defendants* |