UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMANTHA SOHMER and KATHY L. FELLGREN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, OPTUM, INC., and OPTUMRX, INC.,<br><br>Defendants. | Case No. 18-cv-03191 (JNE/BRT)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

IT IS HEREBY ORDERED THAT:

This matter came before the Court on \_\_\_\_\_ on Plaintiff Samantha Sohmer's Motion for Judgment on the Pleadings With Regard to Defendants' Counterclaim and Affirmative Defense No. 7 (Dkt. No. 112).

Based on the arguments of counsel, the parties' motion papers, and the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Judgment on the Pleadings is **GRANTED** in its entirety. Plaintiff is granted judgment on the pleadings as to Defendants' Counterclaim seeking reformation of ERISA-qualified employer-sponsored benefits Plans and Affirmative Defense No. 7 asserting reformation of ERISA-

qualified employer-sponsored benefits Plans as pled in Defendants' Amended Answer and Amended Counterclaim [ECF No. 85].

**IT IS SO ORDERED**

Date: _____                                  _____
                                                                                        JOAN N. ERICKSEN
                                                                                        United States District Judge