# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMANTHA SOHMER and KATHY L. FELLGREN, Individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>UNITEDHEALTH GROUP INC., UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, OPTUM, INC., and OPTUMRX, INC.,<br><br>      Defendants. | Case No. 18-cv-03191<br><br>**(PROPOSED) ORDER APPROVING STIPULATION TO DISMISS PLAINTIFF KATHY FELLGREN** |

Pursuant to the parties' Stipulation to Dismiss Plaintiff Kathy Fellgren and good cause appearing,

**IT IS HEREBY ORDERED:** The remaining claims of Plaintiff Kathy Fellgren asserted in this action are dismissed with prejudice. Accordingly, Count II is dismissed in its entirety with prejudice and Kathy Fellgren will no longer remain as a plaintiff to this action. All parties to bear their own fees, expenses, and taxable costs.

Dated:

_____
Joan N. Ericksen
Senior U.S. District Judge