UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMANTHA SOHMER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, OPTUM, INC., and OPTUMRX, INC. ,<br><br>Defendants. | Case No. 18-cv-03191 (JNE/BRT)<br><br>**DECLARATION OF MEGHAN DESLAURIERS IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FURTHER PRODUCTION OF DOCUMENTS AND RESPONSES TO INTERROGATORIES** |

I, MEGHAN DESLAURIERS, declare as follows:

1. I am a partner at the law firm of Dorsey & Whitney LLP, and I am one of the attorneys representing Defendants UnitedHealth Group Inc., United HealthCare Services, Inc., United Healthcare Insurance Company, Optum, Inc. and OptumRx, Inc. (collectively "United").  I submit this declaration in opposition to Plaintiff's Motion to Compel Further Production of Documents and Responses to Interrogatories.

2. To date, Defendants have produced over 36,000 summary plan description ("SPD") documents.  Defendants produced the majority of SPDs (between 2012-2018) on October 7, 2019.  Defendants subsequently agreed to collect and produce relevant SPDs dating back to 2010 and 2011 and produced those on May 5 and April 13, 2020, respectively.

3. On April 23, 2020, Defendants produced OptumRx prescription drug transaction data for all Key and National Account self-funded customers between January 1, 2013 – January 31, 2020. On May 14, 2020, Defendants followed up with a supplemental production of claims data from pharmacy benefit manager Medco Health Solutions, Inc. from October 4, 2010 to the end of the transition from Medco to OptumRx in 2013. In total, Defendants produced over 112 gigabytes of data related to over 400 million prescription drug transactions (the "Transaction Data") dating back to 2010.

4. Defendants undertook extensive steps to collect the Transaction Data. It took several months of effort to identify the source(s), determine how to pull the required information, isolate the data fields needed to provide the information requested by Plaintiff, and prepare the enormous collection of data for transmission to Plaintiff. The process involved collecting Medco data, archived OptumRx data and current OptumRx data, all of which came from different sources.

5. In addition to producing the SPDs and the Transaction Data, Defendants agreed—at Plaintiff's request—to provide a working list of SPDs that may have been impacted by the drafting error. Defendants produced a preliminary list on November 20, 2019 and subsequently supplemented the list in January and May, 2020 as discovery progressed.

6. Defendants have provided a number of documents to help Plaintiff understand and utilize the Transaction Data. Specifically, Defendants produced data dictionaries on November 20, 2019 and June 29, September 4, and September 14, 2020.

Defendants also produced a "crosswalk" between the OptumRx archived and current data on June 18, 2020.

7. Over the last six months, Defendants have spent significant time answering questions and discussing the Transaction Data with Plaintiff's counsel. Defendants have engaged in multiple meet-and-confer conferences and exchanged several e-mails on the topic.

8. As part of the mediation process, Defendants answered detailed questions about how to match SPDs to the Transaction Data.

9. On the same day Plaintiff filed the present Motion, Defendants provided a five-page, single-spaced letter answering Plaintiff's additional questions about the Transaction Data and how to align it to SPDs. Attached hereto as **Exhibit A** is a true and correct copy of that correspondence.

10. On September 21, the parties engaged in a meet-and-confer telephone conference to continue the exchange of information regarding the Transaction Data and matching SPDs to the data.

11. Defendants amended their Answers to Interrogatory No. 2 and served them on Plaintiff on September 24, 2020. Defendants served supplemental responses to Document Request Nos. 25, 26 and 30 earlier today. Attached hereto as **Exhibits B and C** are true and correct copies of those supplemental responses.

12. On September 21, 2020, Defendants produced nearly 150 reports of additional plan information to help Plaintiff further match the Transaction Data to SPDs.

3

Dated:  September 25, 2020

By _____
Meghan DesLauriers

4