## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMANTHA SOHMER and KATHY L. FELLGREN, Individually and on Behalf of All Others Similarly Situated, | Case No. 18-cv-03191 (JNE/BRT) |
| Plaintiffs, vs. | |
| UNITEDHEALTH GROUP INC., UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, OPTUM, INC., and OPTUMRX, INC., | **STIPULATION TO WITHDRAW PLAINTIFFS' MOTION TO COMPEL REVISION OF PRIVILEGE LOG** |
| Defendants. | |

Plaintiff and Defendants, through undersigned counsel, pursuant to Local Rule 7.1(a)(2), hereby stipulate as follows:

(1)     All issues raised in Plaintiffs' Motion to Compel Revision of Privilege Log and Production of Documents Incorrectly Withheld on Privilege Grounds, ECF Dkt. No. 136 (the "Privilege Log Motion"), have been consensually resolved.

(2)     The Privilege Log Motion is moot and should be withdrawn in its entirety.

(3)     The Privilege Log Motion should be vacated from the hearings currently set for October 9, 2020 at 10:00 a.m. Central time.  Any other motion in this matter set for hearing at that date and time should proceed as scheduled.

(4)     A form of order approving this Stipulation and the withdrawal of the Privilege Log Motion is lodged herewith.

Dated: September 25, 2020

KELLER ROHRBACK, LLP


/s/ Chris Graver
_____

Chris Graver (*pro hac vice*)
Ron Kilgard (*pro hac vice*)
KELLER ROHRBACK L.L.P.
3101 N. Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: 602-248-0088
Facsimile: 602-248-2822
Email: cgraver@kellerrohrback.com
Email: rkilgard@kellerrohrback.com


Robert A. Izard
Craig A. Raabe
Christopher M. Barrett
Seth R. Klein, (*pro hac vice*)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: 860-493-6292
Facsimile: 860-493-6290
Email: rizard@ikrlaw.com
Email: craabe@ikrlaw.com
Email: cbarrett@ikrlaw.com
Email: sklein@ikrlaw.com

Daniel E. Gustafson (#202241)
Amanda M. Williams (#341691)
David A. Goodwin (#386715)
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Email: dgustafson@gustafsongluek.com
Email: awilliams@gustafsongluek.com
Email: dgoodwin@gustafsongluek.com


Brian C. Gudmundson
ZIMMERMAN REED, PLLP
1100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612-341-0400
Fax: 612-341-0844
Email:
brian.gudmundson@zimmreed.com

Joseph P. Guglielmo
Carey Alexander
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
Email: jguglielmo@scott-scott.com
Email: calexander@scott-scott.com

Erin Green Comite
SCOTT+SCOTT, ATTORNEYS AT
LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
Facsimile: 860-537-4432
Email: ecomite@scott-scott.com

William H. Narwold
Mathew Jasinski
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860-882-1681
Facsimile: 860-882-1682
Email: bnarwold@motleyrice.com
Email: mjasinski@motleyrice.com

*Attorneys for Plaintiffs*

*/s/Caitlin L.D. Hull*
Caitlin L.D. Hull
DORSEY & WHITNEY LLP
50 S 6th St., Ste 1500
Minneapolis, MN 55402-1498
Telephone: 612-492-6773
Fax: 612-677-3299
Email: hull.caitlin@dorsey.com

*Attorney for Defendants*

Sean C. Russell
SCOTT & SCOTT, ATTORNEYS AT
LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Fax: 619-233-0508
Email: sean.russell@scott-scott.com

Ronen Sarraf
Joseph Gentile
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone: 516-699-8890
Facsimile: 516-699-8968
Email: ronen@sarrafgentile.com
Email: joseph@sarrafgentile.com