UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMANTHA SOHMER and KATHY L. FELLGREN, Individually and on behalf of all others similarly situated,<br><br>                 Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP INC., UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, OPTUM, INC., and OPTUMRX, INC.,<br><br>                 Defendants. | Case No. 18-cv-03191<br><br>**(PROPOSED) ORDER APPROVING STIPULATION TO WITHDRAW PLAINTIFFS' MOTION TO COMPEL REVISION OF PRIVILEGE LOG** |

Pursuant to the parties' Stipulation to Withdraw Plaintiffs' Motion to Compel Revision of Privilege Log, and good cause appearing,

**IT IS HEREBY ORDERED:**

(1)  The Stipulation is approved;

(2)  Plaintiffs' Motion to Compel Revision of Privilege Log and Production of Documents Incorrectly Withheld on Privilege Grounds, ECF Dkt. No. 136 (the "Privilege Log Motion"), is moot and is hereby withdrawn in its entirety; and

(3)  The Privilege Log Motion is hereby vacated from the hearing in this matter currently set for October 9, 2020 at 10:00 a.m. Central time.  The hearing will proceed as scheduled as to any other motion in this matter set for that date and time.

Dated:

_____
Becky R. Thorson
U.S. District Magistrate Judge