UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMANTHA SOHMER and KATHY L. FELLGREN, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP INC., UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, OPTUM, INC., and OPTUMRX, INC.,<br><br>Defendants. | Civ. No. 18-3191 JNE/BRT<br><br><br><br><br>**ORDER APPROVING STIPULATION TO WITHDRAW PLAINTIFFS' MOTION TO COMPEL REVISION OF PRIVILEGE LOG** |

This matter is before the Court on the parties' Stipulation to Withdraw Plaintiffs' Motion to Compel Revision of Privilege Log (Doc. No. 136).

IT IS HEREBY ORDERED that:

(1) The Stipulation is approved;

(2) Plaintiffs' Motion to Compel Revision of Privilege Log and Production of Documents Incorrectly Withheld on Privilege Grounds, Doc. No. 136 (the "Privilege Log Motion"), is moot and withdrawn; and

(3) The Privilege Log Motion is hereby vacated from the hearing in this matter currently set for October 9, 2020 at 10:00 a.m. Central time. The hearing will proceed as scheduled on the Motion to Compel Further Production of Documents and Responses to Interrogatories (Doc. No. 142).

Date: September 28, 2020             *s/ Becky R. Thorson*
                                     BECKY R. THORSON
                                     U.S. Magistrate Judge