UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMANTHA SOHMER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, OPTUM, INC., and OPTUMRX, INC.,<br><br>Defendants. | Case No. 18-cv-03191 (JNE/BRT) |

**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Plaintiff Samantha Sohmer respectfully moves this Court for an order certifying the following class (the "Class"):

> All members of group health plans administered by United HealthCare Services, Inc. and/or United HealthCare Insurance Company (together, "United"):
>
> 1. included on United's "list of plans with lesser-of-three logic language in the SPD for outpatient prescription drug purchases at retail Network Pharmacies that Defendants currently understand to have been adjudicated pursuant to lesser-of-two logic" ("L2 Adjudication List");
>
> 2. with a document effective date in the L2 Adjudication List between February 1, 2013 and December 31, 2016;
>
> 3. that are designated in Defendants' prescription drug transaction data as being governed by ERISA; and

      4. for which United or its pharmacy benefit managers recouped member payments in excess of the Pharmacy Rate, as shown by the "CLAWBACK_INDICATOR" field in the prescription drug transaction data.

For the reasons explained in the accompanying Memorandum of Law in Support of Plaintiff's Motion for Class Certification (the "Memorandum"), and in light of the exhibits submitted with the Declaration of Mathew Jasinski in connection with the Memorandum, this proposed Class meets the requirements of Fed. R. Civ. P. 23(a) and Fed. R. Civ. P. 23(b)(1), (b)(2), and (b)(3).

Plaintiff also moves the Court for an order appointing as counsel to the Class: Mathew Jasinski (Motley Rice); Robert Izard (Izard Kindall & Raabe); Joseph Guglielmo (Scott+Scott); and Ron Kilgard (Keller Rohrback). As explained in the Memorandum, these lawyers and their firms have worked together for many years on this litigation, are deeply experienced in ERISA litigation like this, and meet all the requirements of Fed. R. Civ. P. 23(g).

DATED:    December 4, 2020


*/s/ Amanda M. Williams*
Daniel E. Gustafson #202241
Amanda M. Williams #341691
David A. Goodwin #386715
GUSTAFSON GLUEK, PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
dgoodwin@gustafsongluek.com

Robert A. Izard (*Pro Hac Vice*)
Craig A. Raabe (*Pro Hac Vice*)
Seth R. Klein (*Pro Hac Vice*)
Christopher M. Barrett (*Pro Hac Vice*)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

William H. Narwold (*Pro Hac Vice*)
Mathew P. Jasinski (*Pro Hac Vice*)
MOTLEY RICE, LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1681
Facsimile: (860) 882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com


Erin Green Comite (*Pro Hac Vice*)

Ron Kilgard (*Pro Hac Vice*)
Christopher Graver (*Pro Hac Vice*)
KELLER ROHRBACK, LLP
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
rkilgard@kellerrohrback.com
cgraver@kellerrohrback.com

Derek W. Loeser
Gretchen S. Obrist (*Pro Hac Vice*)
Matthew Gerend (*Pro Hac Vice*)
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com
mgerend@kellerrohrback.com

***Attorneys for Plaintiff Samantha Sohmer***

3

SCOTT+SCOTT, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
ecomite@scott-scott.com

Joseph P. Guglielmo (*Pro Hac Vice*)
Carey Alexander (*Pro Hac Vice*)
SCOTT+SCOTT, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Ronen Sarraf
Joseph Gentile
SARRAF GENTILE, LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone: (516) 699-8890
Facsimile: (516) 699-8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

Brian C. Gudmundson (#336695)
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com

4