# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMANTHA SOHMER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, OPTUM, INC., and OPTUMRX, INC.,<br><br>Defendants. | Case No. 18-cv-03191 (JNE/BRT)<br><br>**PLAINTIFF'S STATEMENT OF CONFIDENTIALITY REGARDING EXHIBITS TO DECLARATION OF MATHEW P. JASINSKI** |

Plaintiff in the above-captioned action have filed Exhibits Y-GG, II-KK, RR, TT to the Declaration in Support of Plaintiff's Reply to Motion for Class Certification. Pursuant to the Protective Order in this case (ECF No. 54), these documents have been designated as "Confidential" and/or "Attorneys' Eyes Only" in their entirety, and/or reference material designated as "Confidential" and/or "Attorneys' Eyes Only". Because of these designations, redaction is impracticable.

Dated: February 19, 2021                              Respectfully submitted,

*/s/ Amanda M. Williams*
Daniel E. Gustafson (#202241)
Amanda M. Williams (#341691)
David A. Goodwin (#386715)
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
dgoodwin@gustafsongluek.com


Derek W. Loeser
Gretchen S. Obrist (*Pro Hac Vice*)
Matthew Gerend (*Pro Hac Vice*)
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com
mgerend@kellerrohrback.com


Ron Kilgard (*Pro Hac Vice*)
Chanele N. Reyes (*Pro Hac Vice*)
KELLER ROHRBACK, LLP
3101 N. Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
rkilgard@ kellerrohrback.com
creyes@kellerrohrback.com

Robert A. Izard (*Pro Hac Vice*)
Craig A. Raabe (*Pro Hac Vice*)
Christopher M. Barrett (Pro Hac Vice)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com


William H. Narwold (*Pro Hac Vice*)
Mathew P. Jasinski (*Pro Hac Vice*)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1681
Facsimile: (860) 882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com


Erin Green Comite (*Pro Hac Vice*)
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
ecomite@scott-scott.com

Joseph P. Guglielmo (*Pro Hac Vice*)
Carey Alexander (*Pro Hac Vice*)
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Ronen Sarraf
Joseph Gentile
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone: (516) 699-8890
Facsimile: (516) 699-8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

Brian C. Gudmundson (#336695)
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com

*Attorneys for Plaintiffs/
Counterclaim Defendants*