# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Samantha Sohmer, Individually and on Behalf of all Others Similarly Situated, | **COURT MINUTES** <br> BEFORE: JOAN N. ERICKSEN <br> U.S. District Judge |
| Plaintiff, | |
| v. | Case No:  18-cv-3191 (JNE/BRT) <br> Date:  March 11, 2021 <br> Deputy:  Catherine Cusack |
| UnitedHealth Group Inc., United HealthCare Services, Inc., United HealthCare Insurance Company, Optum, Inc., OptumRX, Inc., | Court Reporter:  Kristine Mousseau <br> Courthouse:  Minneapolis <br> Courtroom:  Video Conference <br> Time Commenced:  9:38 AM |
| Defendants. | Time Concluded:  10:45 AM <br> Time in Court:  1 Hour & 7 Minutes |

Hearing on: **Plaintiff's Motion for Class Certification [Dkt. No. 174]**

APPEARANCES:

　　Plaintiff:　　Mathew P. Jasinski (argued), Amanda M. Williams, Robert A. Izard, Ron Kilgard, Erin Green Comite

　　Defendant:　　Steven J. Wells (argued), Caitlin L.D. Hull, Michelle S. Grant

PROCEEDINGS:

**Motion argued and taken under advisement.**

**\*\*IT IS ORDERED:**

☒ **Submitted**　　　☐ **Sustained**　　　☐ **Overruled**
☐ Brief time set:
☒ Written order forthcoming.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/Catherine Cusack
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy