# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMANTHA SOHMER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, OPTUM, INC., and OPTUMRX, INC.,<br><br>Defendants. | Case No. 18-cv-03191(JNE/BRT)<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 56, Defendants hereby move for summary judgment pursuant against Plaintiff on all of her claims in the above matter. This motion is based on all the files, records, and proceedings in this case, the arguments of counsel, and Defendants' Memorandum of Law and any supporting declarations and exhibits.

Dated:  April 30, 2021

DORSEY & WHITNEY LLP

By: *s/ Michelle S. Grant*
    Steven J. Wells (#0163508)
     wells.steve@dorsey.com
    Michelle S. Grant (#0311170)
     grant.michelle@dorsey.com
    Andrew Holly (#0308171)
     holly.andrew@dorsey.com
    Shannon L. Bjorklund (#0389932)
     bjorklund.shannon@dorsey.com
    Caitlin L.D. Hull (#0398394)
     hull.caitlin@dorsey.com

50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

*Attorneys for Defendants*