# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMANTHA SOHMER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, OPTUM, INC., and OPTUMRX, INC.,<br><br>Defendants. | Case No. 18-cv-03191(JNE/BRT)<br><br>**NOTICE OF HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

To:     Plaintiffs and their Counsel of Record:

**PLEASE TAKE NOTICE THAT** at a hearing to be held on August 3, 2021, at 9:30 a.m., before the Honorable Joan N. Ericksen, Courtroom 12W, United States District Judge for the District of Minnesota, 300 South Fourth Street, Minneapolis, MN 55415, counsel for Defendants will move this Court to dismiss Plaintiffs' Class Action Complaint pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Dated:  April 30, 2021                              DORSEY & WHITNEY LLP

By: *s/ Michelle S. Grant*
      Steven J. Wells (#0163508)
       wells.steve@dorsey.com
      Michelle S. Grant (#0311170)
       grant.michelle@dorsey.com
      Andrew Holly (#0308171)
       holly.andrew@dorsey.com
      Shannon L. Bjorklund (#0389932)
        bjorklund.shannon@dorsey.com
      Caitlin L.D. Hull (#0398394)
       hull.caitlin@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

*Attorneys for Defendants*