UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMANTHA SOHMER, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, OPTUM, INC., and OPTUMRX, INC.,<br><br>            Defendants. | Case No. 18-cv-03191 (JNE/BRT) |

## [PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

This matter came before the Court on Defendants' Motion for Summary Judgment (Doc. 196). Based on the arguments of counsel, the parties' motion papers, and the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendants' Motion for Summary Judgment is GRANTED in its entirety.

2. Plaintiff's claims against Defendants are dismissed in their entirety, with prejudice

Let judgment be entered accordingly.

SO ORDERED this _____ day of _____, 2021

2

_____
Joan N. Ericksen
United States District Court Judge