# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMANTHA SOHMER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, OPTUM, INC., and OPTUMRX, INC.,<br><br>Defendants. | Case No. 18-cv-03191 (JNE/BRT)<br><br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Samantha Sohmer ("Plaintiff") and Defendants UnitedHealth Group Inc., United Healthcare Services, Inc., United Healthcare Insurance Company, Optum, Inc., and OptumRx, Inc. ("Defendants") by and through their undersigned counsel, hereby agree and stipulate to the briefing schedule for Defendants' Motion for Summary Judgment (Doc. No. 196) as follows:

1. Plaintiff shall file and serve her opposition to Defendants' Motion for Summary Judgment on June 18, 2021.

2. Defendants shall file and serve their reply brief on July 20, 2021, which is 14 days before the scheduled hearing of August 3, 2021.

MOTLEY RICE LLC

By  */s/Mathew P. Jasinski*
    William H. Narwold (*Pro Hac Vice*)
    bnarwold@motleyrice.com
    Mathew P. Jasinski (*Pro Hac Vice*)
    mjasinski@motleyrice.com

One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1681
Facsimile: (860) 882-1682

Daniel E. Gustafson (#202241)
Amanda M. Williams (#341691)
David A. Goodwin (#386715)
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
dgoodwin@gustafsongluek.com

Robert A. Izard (*Pro Hac Vice*)
Craig A. Raabe (*Pro Hac Vice*)
*Christopher M. Barrett (Pro Hac Vice)*
*Seth R. Klein (Pro Hac Vice)*
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
rizard@ikrlaw.com
craabe@ikrlaw.com
*cbarrett@ikrlaw.com*
sklein@ikrlaw.com

DORSEY & WHITNEY LLP

By  */s/ Michelle S. Grant*

    Steven J. Wells (#0163508)
    wells.steve@dorsey.com
    Michelle S. Grant (#0311170)
    grant.michelle@dorsey.com
    Andrew Holly (#0308171)
    holly.andrew@dorsey.com
    Caitlin L.D. Hull (#0398394)
    hull.caitlin@dorsey.com
    Shannon L. Bjorklund (#0389932)
    bjorklund.shannon@dorsey.com

50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

*Attorneys for Defendants UnitedHealth Group Incorporated, United Healthcare Services, Inc., United Healthcare Insurance Company, Optum, Inc., and OptumRx, Inc.*

Joseph P. Guglielmo (*Pro Hac Vice*)
Carey Alexander (*Pro Hac Vice*)
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Ron Kilgard (*Pro Hac Vice*)
Christopher Graver (*Pro Hac Vice*)
KELLER ROHRBACK, LLP
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
rkilgard@kellerrohrback.com
cgraver@kellerrohrback.com

Derek W. Loeser (*Pro Hac Vice*)
Matthew Gerend (*Pro Hac Vice*)
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com
mgerend@kellerrohrback.com

Ronen Sarraf
Joseph Gentile
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone: (516) 699-8890
Facsimile: (516) 699-8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

Sean C. Russell (*pro hac vice*)
Victoria Burke (*pro hac vice*)
Alex M. Outwater (*pro hac vice*)
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA  92101
Telephone:  619-233-4565
Facsimile:   619-233-0508
sean.russell@scott-scott.com
vburke@scott-scott.com
aoutwater@scott-scott.com

Erin Green Comite (*Pro Hac Vice*)
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
ecomite@scott-scott.com

Brian C. Gudmundson (#336695)
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com

*Attorneys for Plaintiff*