UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMANTHA SOHMER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, OPTUM, INC., and OPTUMRX, INC.,<br><br>Defendants. | Case No. 18-cv-03191 (JNE/BRT)<br><br>**[PROPOSED] ORDER REGARDING STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Having considered the Parties' Stipulation (Doc. No. 204) to Extend Briefing Schedule on Defendants' Motion for Summary Judgment, the Court approves the proposed briefing schedule.

IT IS HEREBY ORDERED:

1. Plaintiff shall file and serve her opposition to Defendants' Motion for Summary Judgment on June 18, 2021.

2. Defendants shall file and serve their reply brief on July 20, 2021, which is 14 days before the scheduled hearing of August 3, 2021.

Dated: _____            _____
                                                                     Joan N. Ericksen
                                                                     United States District Judge