# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Samantha Sohmer, and Kathy L. Fellgren, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

UnitedHealth Group, Inc., United Healthcare Services, Inc., United Healthcare Insurance Company, Optum, Inc., and OptumRx, Inc.,

        Defendant.

Civ. No. 18-3191 (JNE/BRT)

**ORDER ON JOINT MOTION ON CONTINUED SEALING**

This matter is before the Court on the parties' Joint Motion Regarding Continued Sealing (Doc. No. 236) for documents related to Defendants' Motion for Summary Judgment. (Doc. No. 196.)

**IT IS HEREBY ORDERED** that the Motion is GRANTED in part and DENIED in part.

1. The Clerk of Court is directed to **unseal** the following documents 28 days after the issuance of this Order unless a timely motion for further consideration is filed under Local Rule 5.6(d)(3):

   Document No. 210;
   Document No. 210-1;
   Document No. 210-4;
   Document No. 210-5;
   Document No. 210-9; and
   Document No. 210-13.

2. The Clerk of Court is directed to keep the following documents **under seal**:

      Document No. 198;
      Document No. 201
      Document No. 201-1;
      Document No. 201-2;
      Document No. 201-3;
      Document No. 201-4;
      Document No. 201-5;
      Document No. 201-6;
      Document No. 201-7;
      Document No. 201-8;
      Document No. 201-9;
      Document No. 201-10;
      Document No. 201-11;
      Document No. 201-12;
      Document No. 201-13;
      Document No. 201-14;
      Document No. 201-15;
      Document No. 207;
      Document No. 210-2;
      Document No. 210-3;
      Document No. 210-6;
      Document No. 210-8;
      Document No. 210-10;
      Document No. 210-11;
      Document No. 210-12 and
      Document No. 210-14.

3.    Counsel for the parties must file the proposed redacted versions of the following documents by **August 13, 2021**. When filing the redacted version, the filer must identify the corresponding "under seal" document. The unredacted version of these documents may remain under seal.

      Document No. 201;
      Document No. 201-2;
      Document No. 201-3;
      Document No. 210-2;
      Document No. 210-3;
      Document No. 210-6;
      Document No. 210-11;
      Document No. 210-12; and
      Document No. 210-14.

4. As for the one disputed document, Document No. 210-7, since this was filed in connection with a dispositive motion still pending with the Court, it will continue to remain under seal. The parties must meet and confer no later than 14 days after the Court's ruling to submit a joint letter to the undersigned magistrate judge addressing whether, in light of the ruling, the parties maintain their positions as to protection and sealing. The letter must refer to this Order by docket entry number.

Date: July 29, 2021                             *s/ Becky R. Thorson*
                                                BECKY R. THORSON
                                                U.S. Magistrate Judge