UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Samantha Sohmer and Kathy L. Fellgren,

    Plaintiffs,

v.

UnitedHealth Group Inc., United Healthcare Services, Inc., United HealthCare Insurance Company, Optum, Inc., and OptumRx, Inc.,

    Defendants.

Case No. 18-cv-3191 (JNE/BRT)
ORDER

---

Mathew P. Jasinski, Motley Rice, LLC; Amanda M. Williams, Gustafson Gluek, PLLC; Robert A. Izard, Izard, Kindall & Raabe, LLP; Ron Kilgard, Keller Rohrback, LLP; and Erin Green Comite, Scott+Scott, LLP, appeared for Samantha Sohmer.

Steven J. Wells, Michelle S. Grant, and Caitlin L.D. Hull, Dorsey & Whitney LLP, appeared for Defendants.

---

    This is a putative class action brought by Samantha Sohmer and Kathy L. Fellgren[1] against UnitedHealth Group Inc., United Healthcare Services, Inc., United HealthCare Insurance Company, Optum, Inc., and OptumRx, Inc. (collectively, "Defendants"). Sohmer alleged that she received prescription drug benefits through a group health plan administered and managed by Defendants and that Defendants caused her to be overcharged for prescription drugs in violation of the plan. Sohmer asserted a claim under § 502(a)(1)(B) of the Employee Retirement Income Security Act of 1974, 29

---

[1] The parties stipulated to dismiss Fellgren's claims under Rule 41(a)(1) and (2) of the Federal Rules of Civil Procedure. They also agreed that "Fellgren will no longer remain as a plaintiff to this action."

1

U.S.C. § 1132(a)(1)(B).  The case is before the Court on Sohmer's Motion for Class Certification.  On September 10, 2021, the Court filed a Memorandum under seal.  For the reasons set forth in the Memorandum, the Court denies the Motion for Class Certification.

The parties shall submit proposed redactions to the Memorandum, if any, on or before September 24, 2021.  The Court will either unseal the Memorandum or file a redacted version of the Memorandum.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. Sohmer's Motion for Class Certification [Docket No. 174] is DENIED.

Dated: September 10, 2021

s/Joan N. Ericksen<br>
JOAN N. ERICKSEN<br>
United States District Judge