UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Samantha Sohmer and Kathy L. Fellgren,

       Plaintiffs,

v.                                    Case No. 18-cv-3191 (JNE/BRT)
                                          ORDER

UnitedHealth Group Inc., United Healthcare
Services, Inc., United HealthCare Insurance
Company, Optum, Inc., and OptumRx, Inc.,

       Defendants.

On September 10, 2021, the Court filed a Memorandum under seal and gave the

parties an opportunity to propose redactions.  Having received no proposed redactions,

the Court unseals the Memorandum.  Therefore, IT IS ORDERED THAT:

      1.     The Clerk of Court is directed to unseal the Memorandum [Docket
             No. 242].

Dated: October 13, 2021

                                   s/Joan N. Ericksen
                                   JOAN N. ERICKSEN
                                   United States District Judge