UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Samantha Sohmer and Kathy L. Fellgren,

       Plaintiffs,

v.

UnitedHealth Group Inc., United Healthcare Services, Inc., United HealthCare Insurance Company, Optum, Inc., and OptumRx, Inc.,

       Defendants.

Case No. 18-cv-3191 (JNE/BRT)
ORDER

Mathew P. Jasinski, Motley Rice, LLC; Amanda M. Williams, Gustafson Gluek, PLLC; Seth R. Klein, Izard, Kindall & Raabe, LLP; Chris Graver, Keller Rohrback, LLP; and Erin Green Comite, Scott+Scott, LLP, appeared for Samantha Sohmer.

Michelle S. Grant, Steven J. Wells, Shannon L. Bjorklund, and Caitlin L.D. Hull, Dorsey & Whitney LLP, appeared for Defendants.

      Samantha Sohmer and Kathy L. Fellgren[1] brought this action against UnitedHealth Group Inc., Healthcare Services, Inc., United HealthCare Insurance Company, Optum, Inc., and OptumRx, Inc. (collectively, "Defendants"). Sohmer alleged that she received prescription drug benefits through a group health plan administered and managed by Defendants and that Defendants caused her to be overcharged for prescription drugs in violation of the plan. Sohmer asserted a claim under section 502(a)(1)(B) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1132(a)(1)(B). The case

---

[1] The parties stipulated to dismiss Fellgren's claims under Rule 41(a)(1) and (2) of the Federal Rules of Civil Procedure. They also agreed that "Fellgren will no longer remain as a plaintiff to this action."

1

is before the Court on Defendants' Motion for Summary Judgment.  On December 28, 2021, the Court filed a Memorandum under seal.  For the reasons set forth in the Memorandum, the Court grants Defendants' Motion for Summary Judgment.

The parties shall submit proposed redactions to the Memorandum, if any, on or before January 14, 2022.  The Court will either unseal the Memorandum or file a redacted version of the Memorandum.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. Defendants' Motion for Summary Judgment [Docket No. 196] is GRANTED.

2. Sohmer's remaining claim in Count I is DISMISSED WITH PREJUDICE.

3. United's counterclaim is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 28, 2021

                                        s/Joan N. Ericksen
                                        JOAN N. ERICKSEN
                                        United States District Judge