# UNITED STATES DISTRICT COURT
## District of Minnesota

Samantha Sohmer,

Plaintiff(s),

v.

UnitedHealth Group Inc., United HealthCare Services, Inc., United HealthCare Insurance Company, Optum, Inc., OptumRX, Inc.,

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 18-cv-3191 JNE/BRT

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Motion for Summary Judgment [Docket No. 196] is GRANTED.

2. Sohmer's remaining claim in Count I is DISMISSED WITH PREJUDICE.

3. United's counterclaim is DISMISSED WITHOUT PREJUDICE.

Date: 12/28/2021

KATE M. FOGARTY, CLERK