UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Samantha Sohmer and Kathy L. Fellgren,

      Plaintiffs,

v.

UnitedHealth Group Inc., United Healthcare Services, Inc., United HealthCare Insurance Company, Optum, Inc., and OptumRx, Inc.,

      Defendants.

Case No. 18-cv-3191 (JNE/BRT)
ORDER

On December 28, 2021, the Court filed a Memorandum under seal and gave the parties an opportunity to propose redactions. Having received no proposed redactions, the Court unseals the Memorandum. Therefore, IT IS ORDERED THAT:

1. The Clerk of Court is directed to unseal the Memorandum [Docket No. 245].

Dated: February 3, 2022

                                    s/Joan N. Ericksen
                                    JOAN N. ERICKSEN
                                    United States District Judge